AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Patraic Setzer

Case No: 8:22-cr-298-CEH-CPT
USM No: 71415-018
PACTS#: 5701673

Date of Original Judgment: 04/21/2023
Date of Previous Amended Judgment: ____________
*(Use Date of Last Amended Judgment if Any)*

pro se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑ **DENIED** for the reasons stated in probation's memorandum (Doc. 63). Specifically, Defendant Patraic Setzer is ineligible for a reduction in sentence because although retroactive application of Amendment 821 reduces his criminal history points, he remains in the same Criminal History Category and, also, his guideline range remains the same. See Doc. 63 at 2.

Except as otherwise provided, all provisions of the judgment dated 04/21/2023 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 11/06/2026

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge